DEC - 4 2025

Eastern District of Kentucky
FILED

DEC 04 2025

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

Shateke R. Bennett
3215 Denali Ct.
Gastonia, NC 28054
shateke@gmail.com
401-919-4385

11-28-2025

Honorable Danny C. Reeves
Chief United States District Judge
United States District Court
Eastern District of Kentucky

RE: Support for Davon S. Tooley — Resentencing

Dear Judge Reeves,

My name is Shateke Bennett, and I am writing to respectfully offer personal support for Mr. Davon Tooley as he comes before the Court for resentencing. I understand the importance of judicial independence, and I am not offering a legal argument. My intention is to give the Court insight into Davon as a person and to respectfully highlight information that I believe is relevant to his future.

I am aware that the United States Court of Appeals for the Sixth Circuit vacated Davon's original 145-month sentence and remanded the case for resentencing. I also understand that the appellate court found that an error affected the fairness of the original sentencing. I am grateful for the Court's willingness to reconsider his sentence in light of the correct guidelines.

Over the past months, I have witnessed meaningful growth in Davon. He has been consistently engaged in positive programs and educational opportunities while in custody. He openly shares his desire to return home, support his family, and rebuild his life in a stable, constructive way. I believe he has used his time to reflect deeply on his choices and the consequences that followed. I also understand that Davon has already served a substantial amount of time while his case has been undergoing review, and that he qualifies for First Step Act programming and credits.

It is my sincere hope that the Court will take into consideration the time he has already spent incarcerated, along with his efforts to better himself, when determining an appropriate sentence on remand.

Your Honor, I respectfully ask that the Court consider allowing Davon to return to his family and continue the progress he has shown. He has people who will support, guide, and help him stay on a stable, productive path. Thank you for your time, your consideration, and the fairness you bring to these proceedings.

Respectfully,

Shateke R. Bennett